**Dariush FARSHIDIAN, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

Nos. 01–70645, INS A27–554–393.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

Submitted March 11, 2002.*

Decided March 22, 2002.

Before CANBY, BEEZER, and PAEZ, Circuit Judges.

## MEMORANDUM**

Dariush Farshidian, a native and citizen of Iran, petitions pro se for review of the Board of Immigration Appeals' ("BIA") decision denying his motion to reconsider the denial of motion to reopen deportation proceedings to seek relief pursuant to the Convention against Torture (the "Convention"). The transitional rules of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") apply, *see Kalaw v. INS*, 133 F.3d 1147, 1150 (9th Cir.1997), and we have jurisdiction to determine our own jurisdiction, *see Torres–Aguilar v. INS*, 246 F.3d 1267, 1270 (9th Cir.2001). We dismiss the petition.

We lack jurisdiction over Farshidian's petition because he was convicted of felony false imprisonment by violence for which he was sentenced to three years imprisonment and therefore is an aggravated felon pursuant to IIRIRA § 309(c)(4)(G). *See* 8 C.F.R. § 208.18(e)(1) (the Convention does not expand the scope of judicial review under IIRIRA); *Briseno v. INS*, 192 F.3d 1320, 1322–23 (9th Cir.1999) (no jurisdiction to review motions to reopen brought by aggravated felons). We also lack jurisdiction to review Farshidian's due process challenge. *See Calcano–Martinez v. INS*, 533 U.S. 348, 121 S.Ct. 2268, 150 L.Ed.2d

---

*  This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny Farshidian's request for oral argument.

** This disposition is not appropriate for publication and may not be cited to or by the

---

392 (2001) (IIRIRA permanent rules); *Magana–Pizano v. INS*, 200 F.3d 603, 609 (9th Cir.1999) (IIRIRA transitional rules).

**PETITION FOR REVIEW DISMISSED.**